**Vacate and Dismiss and Opinion Filed December 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01372-CV

**CHRISTOPHER PATTERSON AND STEVENS TRANSPORT, INC., Appellants**
**V.**
**GLENDY W. TOLBERT, JR., Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-01126-D**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Schenck
Opinion by Justice Bridges

Before the Court is the parties' agreed motion to vacate judgment and dismiss case. The parties have informed the Court that they have settled their differences. Accordingly, we grant the parties' motion, vacate the trial court's August 17, 2015 judgment without regard to the merits, and dismiss this case with prejudice. *See* TEX. R. APP. P. 42.1(a)(2).

151372F.P05

/David L .Bridges/
DAVID L. BRIDGES
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CHRISTOPHER PATTERSON AND
STEVENS TRANSPORT, INC., Appellants

No. 05-15-01372-CV        V.

GLENDY W. TOLBERT, JR., Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas.
Trial Court Cause No. CC-14-01126-D.
Opinion delivered by Justice Bridges.
Justices Lang-Miers and Schenck
participating.

In accordance with this Court's opinion of this date, the trial court's August 17, 2015 judgment is **VACATED** without regard to the merits and this case is **DISMISSED** with prejudice.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered December 7, 2015.